

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

  v.

Case No. 2:25mj29
Court Date: April 3, 2025

I'YANAH GRADY-JENKINS

### CRIMINAL INFORMATION

(Misdemeanor) - Violation No. E1192187

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 17, 2025, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof in the Eastern District of Virginia, the defendant, I'YANAH GRADY-JENKINS, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 17, 2025, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof in the Eastern District of Virginia the defendant, I'YANAH GRADY-JENKINS, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

                        Respectfully submitted,

                        Eric S. Siebert
                        United States Attorney

By:    */s/ Alan M. Sides*
                        Alan M. Sides
                        Special Assistant U.S. Attorney
                        Office of the U.S. Attorney
                        101 West Main Street, Suite 8000
                        Norfolk, VA  23510
                        Ph: (757) 441-6712
                        Fax:(757) 441-3205
                        alan.sides@usdoj.gov


## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ Alan M. Sides*
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
alan.sides@usdoj.gov

**14 Feb 2025**
Date